

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00635-CV

**IN THE INTEREST OF F.A., S.L., D.L., AND R.L.**, Jr., Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00908
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 30, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court